IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHRISTOPHER BRENT SAMPSON,

    Plaintiff,

v.

DONNA BLACK, et al.,

    Defendants.

CIVIL ACTION NO.: 6:22-cv-24

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 10. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Black, Atkins, McMillians, Holmes, and Murphy. Id. Plaintiff's deliberate indifference to a serious medical need and excessive force claims against Defendants Kile, Royale, and Burke remain pending. Id.; Doc. 11.

**SO ORDERED**, this 27th day of October, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA