IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHRISTOPHER BRENT SAMPSON,

    Plaintiff,

v.

MIKE KILE; NORMAN ROYALE; and
SHANE BURKE,

    Defendants.

CIVIL ACTION NO.: 6:22-cv-24

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Reports and Recommendations, docs. 24, 31. Plaintiff did not file Objections to either of the Reports and Recommendations. Accordingly, the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations as the opinion of the Court. The Court **GRANTS as unopposed** Defendants' Motions to Dismiss, docs. 20, 25, **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 29th day of March, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA